AO 440 (Rev. 06/12) Summons in a Civil Action

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

NOV 29 2022

LONG ISLAND OFFICE

| | |
|---|---|
| JAMES PRICE, SHERRY PRICE<br>*Plaintiff(s)*<br>v.<br>UNITED STATES PROBATION<br>AND PRE-TRIAL SERVICES, EDNY<br>*Defendant(s)* | Civil Action No. CV-22-7221<br><br>GUJARATI, J.<br>BULSARA, M.J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UNITED STATES PROATION AND PRE-TRIAL SERVICES
147 Pierrepont Street, Brooklyn, New York 11201-2712

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Price
USM No. 98922004
15801 SW 137th Ave
Miami, FL 33177

Sherry Price
243-10 138th Ave # 2F
Rosedale NY, 11422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: NOV 29 2022

*Signature of Clerk or Deputy Clerk*