RECEIVED IN PRO SE
FEB 23, 2023 @ 9:52 AM
VIA BOX.COM

ב״ה

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

**CASE NO.: 1:22-CV-07221-DG-SJB**

JAMES PRICE,
15801 SW 137th Ave
Miami, Florida 33177

SHERRY PRICE,
243-10 13th Ave #2F
Rosedale, NY 11422
    *Plaintiffs*,

v.

UNITED STATES PROBATION AND
PRE-TRIAL SERVICES, EDNY,
    *Defendants*.

TO WHOM IT MAY CONCERN:

    On Friday, February 17, 2020, I filed with the clerk's office (Central Islip) in person Motion Requesting the Reversal of Magistrate's Decision Granting Extension of Time to the Defendants.

    On February 22, 2023, my motion was posted on the docket. However, on the docket, it noted: "Exhibit D did not contain any pages when this submission was received and filed docketing.

    Looking over the paperwork submitted I noticed that it was there but for some unknown reason did not make it on the docket. I have attached Exhibit "D" with all pages.

    Thank you for your consideration and time in this matter.

Dated: February 23, 2023.

                                          Respectfully Submitted,

                                          Sherry Rampersad
                                          Digitally signed by Sherry Rampersad
                                          Date: 2023.02.23 09:52:05 -05'00'

                                          /s/Sherry Price

# Exhibit D



ב"ה

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Case No.: 1:22-CV-07221

JAMES PRICE,
15801 SW 137th Ave
Miami, Florida 33177

SHERRY PRICE,
243-10 138th Ave #2F
Rosedale, NY 11422
   *Plaintiff,*

v.

UNITED STATES PROBATION
AND PRE-TRIAL SERVICES, EDNY,
   *Defendant.*
_____/



### OPPOSITION TO DEFENDANTS MOTION
### FOR AN EXTENSION OF TIME TO FILE ANSWER

On February 2, 2023, the Defendant's filed a letter Motion requesting an extension of time to answer the Plaintiff's complaint. Plaintiffs OPPOSE the MOTION.

1.  In the request the Defendant stated in support of his motion that he could not contact neither plaintiff due to lack of contact information but in the Certificate of Service Plaintiff Sherry Price listed her address which is also listed on the Letter Motion. As to Plaintiff James Price who is in the custody of the government as stated in the Letter Motion,

1

I find it hard to believe that the defendant, the defendant attorney, the government could not reach him to discuss an extension of time but could reach him on October 18, 20, 21 to deny his request for transfer. But Plaintiff James Price has experienced from past experience with the US Attorney's Office, they do not like to call prisoners. The United States Attorney's office was contacted by plaintiffs in late December early January and contact information was provided.

2. If counsel for the defendants had read the complaint counsel would have discovered in Exhibit C, of the complaint Plaintiff Sherry Price "missing" contact information, her phone number, and email address. As a side note to the "alleged" marriage and residency, if counsel would have read the complaint and all of the attachments Exhibit B would have shown a valid State of Florida marriage record. And as evident by the defendant's own records and use of Plaintiff's New York address, clarifying both the marriage and Plaintiff Sherry Price's residence.

3. If counsel for the Defendants would have communicated with United States Probation Officer Kristen Aliperti, one of the Defendants, counsel would have been in possession of Plaintiff Sherry Price contact information which was in the Possession of the Defendant Kristen Aliperti.

4. At no time in the last 62 days did counsel attempt to communicate with the Plaintiffs despite having multiple sources and means to facilitate communication. The Defendants nor counsel for the Defendants want to communicate with the Plaintiffs. The

2

Defendants know that the plaintiffs have a time limit of July 23, 2023, at which time defendant James Price will be released making the complaint moot. An attempt was made on February 2, 2023, to contact Defendant's counsel, but as any pro se plaintiff can attest to contact with the United States Attorney office is at the government's convenience, by 4:30 PM the United States Attorney office did not return plaintiff's calls. On February 3, 2023, at 9:00 AM new attempts were made to contact the United States Attorney but by 9:23 AM the Letter Motion for Extension of Time to File Answer was discovered. At that time a telephonic opposition to the MOTION was made to AUSA David A. Cooper.

5. The plaintiffs strongly oppose any extension of time, the defendants have had numerous means and methods to contact the plaintiffs in the complaint and via their own documents. Any attempt to use lack of contact information is an excuse for a time delay. The Defendants have at hand the information to facilitate contemporaneous communication with either Plaintiff.

6. The government has 60 days to answer a complaint filed against them vs 21 days that is granted to nongovernmental parties. The need to wait for additional information is yet another delaying tactic to deny the plaintiffs any meaningful relief.

For the above stated reasons, the Plaintiffs request that the Court DENY the Defendant's Letter Motion for Extension of Time to File Answer.

DATE: February 3, 2023

Respectfully Submitted,

/s/ Sherry Price *Pro Se*
243-10 138th Ave # 2F
Rosedale, NY 11422
Phone: 718-809-0912
Email: Sherry_Price@outlook.com

4