**Received in PRO SE
Office April 7, 2023 at
12:22 pm**

ב׳ה

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
## CASE NO.: 1:22-CV-07221-DG-SJB

JAMES PRICE,
15801 SW 137th Ave
Miami, Florida 33177

SHERRY PRICE,
243-10 13th Ave #2F
Rosedale, NY 11422
    *Plaintiffs*,

v.

UNITED STATES PROBATION AND
PRE-TRIAL SERVICES, EDNY,
    *Defendants*.
_____/

Dear Judge Bulsara:

    The Plaintiff in this case, Sherry Price, respectfully requests an extension of time to file an amended complaint.

    Due to the current lockdown conditions at FCI Miami, Plaintiff Sherry Price is unable to communicate with Plaintiff James Price. In light of the lack of communication between the Plaintiffs, Mrs. Price is unable to respond to the Defendant's letter or draft an amended complaint.

    Additionally, as a result of the lockdown at FCI Miami, which prevents Plaintiffs from communicating, in a telephone conversation earlier this week Plaintiff and AUSA David Cooper agreed to a twenty-one (21) day extension on each side's response deadline.

    Wherefore, Plaintiff respectfully requests this Court for an order extending the deadline for serving the amended complaint until May 1, 2023. Plaintiff also request that the deadline for responding to the amended complaint be extended until May 22, 2023.

Date: April 7, 2023.

Respectfully Submitted by,

_____
Sherry Price
243-10 138th Ave # 2F
Rosedale
New York 11422