**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CASE NO.: 1:22-CV-07221-DG-SJB**

JAMES PRICE,
15801 SW 137th Ave
Miami, Florida 33711

RECEIVED IN PRO SE
APR 30 2023 @ 7:19 PM
VIA BOX.COM

SHERRY PRICE,
243-10 138th Ave #2F
Rosedale, NY 11422
        *Plaintiffs,*

v.

UNITED STATES PROBATION AND
PRE-TRIAL SERVICES, EDNY,
        *Defendants.*
_____/

**SECOND REQUEST FOR**
**EXTENSION OF TIME**

Dear Judge Bulsara:

        The Plaintiff in this case, Sherry Price, respectfully requests a SECOND REQUEST FOR EXTENSION OF TIME.

        Due to the continued lockdown conditions at FCI Miami, Plaintiff Sherry Price is unable to communicate with Plaintiff James Price. A lack of communication between the Plaintiffs prevents Mrs. Price from responding to the Defendant's letter or amending her complaint.

        As a result of the continued lockdown at FCI Miami, Plaintiff, and AUSA David Cooper in a phone conversation towards the end of last week agreed to a second request for an additional twenty-one (21) days on their respective response deadlines.

        Wherefore, Plaintiff respectfully requests this Court for an Order extending the deadline for serving the amended complaint until May 22, 2023. Further, the plaintiff requests that the deadline for responding to the amended complaint be extended until June 12, 2023.

Date April 30, 2023

Respectfully Submitted by,

Sherry Price
Digitally signed by Sherry Price
Date: 2023.04.30 19:19:38 -04'00'

Sherry Price
243-10 138th Ave
Rosedale NY, 11422