ב״ה

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
### CASE NO.: 1:22-CV-07221-DG-SJB

JAMES PRICE,
15801 SW 137th Ave
Miami, Florida 33177

RECEIVED IN PRO SE
MAY 19 2023 @ 12:10 PM
VIA BOX.COM

SHERRY PRICE,
243-10 138th Ave #2F
Rosedale, NY 11422
    *Plaintiffs*,

v.

UNITED STATES PROBATION AND
PRE-TRIAL SERVICES, EDNY,
    *Defendants*.

_____/

### THIRD REQUEST FOR EXTENSION OF TIME DUE TO BUREAU OF PRISON EXTENDED DELAYS

Dear Judge Bulsara:

    The Plaintiffs in this case, James Price, and Sherry Price, respectfully request a third extension of time to file their complaint.

    It is due to the Bureau of Prisons' prolonged delays in getting the prison operational again and making Mr. Price available for settlement discussions with AUSA David Cooper.

    Plaintiff James Price was finally able to schedule a phone call for Friday, May 19, 2023, with AUSA David Cooper. Following the scheduled phone conversation, Plaintiff will contact this Court to either file a motion or schedule a conference within the next twenty-one (21) days.

    Furthermore, we would inform this Court that AUSA David Cooper has not only been a consummate professional, but exceedingly gracious working with us in this case.

In light of the Bureau of Prisons' extended delays, Plaintiff requests an extension of twenty-one (21) days on each side's response deadline.

Wherefore, and for this reason, Plaintiffs respectfully request this Court for an order extending the deadline for serving the amended complaint until June 7, 2023. Additionally, Plaintiffs request that the deadline for responding to the amended complaint be extended to June 28, 2023.

Date: May 16, 2023

Respectfully Submitted by,

Sherry Price
Digitally signed by Sherry Price
Date: 2023.05.19 12:10:49 -04'00'

Sherry Price
243-10 138th Ave #2F
Rosedale, NY 11422