UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

JAMES PRICE
15801 SW 137th Ave
Miami, Florida 33177

SHERRY PRICE
243-10 138th Ave # 2F
Rosedale, NY 11422,

Civil Action
No. 22-cv-7221

(Gujarati, J.)
(Bulsara, M.J.)

Plaintiffs,

- against -

UNITED STATES PROBATION SERVICES, EASTERN
DISTRICT OF NEW YORK,

Defendant.

------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation of Settlement may be executed in several counterparts, and that all such counterparts and signature pages, together, shall be deemed to be one document.

Dated: July 4, 2023
       Miami, Florida

JAMES E. PRICE, III
15801 SW 137th Avenue
Miami, Florida 33177

By: _____
    James Price
    *Plaintiff* Pro Se

*Price, et al. v. U.S. Prob. Dep't, E.D.N.Y.*, No. 22-cv-7221 (Gujarati, J.) (Bulsara, M.J.)
Page 2

Dated: July 5, 2023
     Rosedale, New York

SHERRY PRICE
243-10 138th Avenue, Apt. # 2F
Rosedale, New York 11422

By: *[signature]*
Sherry Price
*Plaintiff* Pro Se

Dated: July 19, 2023
     Brooklyn, New York

BREON PEACE
United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
*Attorney for Defendant*

By: *[signature]*
DAVID A. COOPER
Assistant U.S. Attorney
(718) 254-6228
david.cooper4@usdoj.gov